| Defendant: | **Global Bondholder Services Corp.** |
|---|---|
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/23/2023 | $82,737.00 | 2/23/2023 | 5519 | 10/19/2022 | $82,737.00 |

|  | **Totals:** | **1 transfer(s),** | **$82,737.00** |
|---|---|---|---|